UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CLIFTON BROWNING, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:17-CV-050 |
| § | |
| ERIE INSURANCE EXCHANGE, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice as to All Parties. Dkt. 56. Upon consideration of the stipulation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiffs against Defendant are hereby **DISMISSED WITH PREJUDICE**.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 26th day of October, 2017.

George C. Hanks Jr.
United States District Judge